**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BRANDON JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:26-cv-55-JDK-JDL |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Brandon Johnson, a prisoner of the Texas Department of Criminal Justice proceeding pro se, was one of several prisoners who jointly filed a lawsuit pursuant to 42 U.S.C. § 1983 for alleged violations of their civil rights in prison. Plaintiff's case was severed into this action and referred to United States Magistrate Judge Love for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On April 30, 2026, the Magistrate Judge issued a Report recommending that Plaintiff's lawsuit be dismissed for failure to prosecute. Docket No. 13. The Report noted that Plaintiff had failed to comply with the Court's order to satisfy the filing fee requirement and to file a second amended complaint to cure the deficiencies in his previous pleadings. *Id.* A copy of this Report was mailed to Plaintiff, who did not file objections within the prescribed period.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and

1

Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not file any objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 13) as the findings of this Court. It is **ORDERED** that this case is **DISMISSED** without prejudice for failure to prosecute. All pending motions are **DENIED as moot.**

So **ORDERED** and **SIGNED** this **9th** day of **July, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2